**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

|  |  |  |
|---|---|---|
| **TIMOTHY DAVIS** *Plaintiff,* | § § § § | |
| **v.** | § § | **CIVIL ACTION NO: 3:25-cv-000901** |
| **IRVING INDEPENDENT SCHOOL DISTRICT** *Defendants.* | § § § § § § § | |

**NOTICE OF REMOVAL**

The Irving Independent School District ("IISD" or the "Defendant") files this *Notice of Removal*, and for good cause would show:

Timothy Davis ("Plaintiff") has filed a civil action to allege violations under Title VII of the Civil Rights Act of 1964 ("Title VII" or the "Act"). *See* Pl's Pet. at 2; *see also* 42 U.S.C. § 2000e *et. seq*. Plaintiff filed this suit on or about March 21, 2025, in the 68th Judicial District Court of Texas, Dallas County, in a matter entitled *Timothy Davis v. Irving Independent School District,* Cause No. DC-25-04327.  Copies of all state court documents are attached hereto and incorporated herein as Exhibit A, and comprise all process, pleadings, and orders served in the action.

II.

This notice of removal is timely filed under 28 U.S.C. § 1446(b) in that it is filed within thirty (30) days of service of Plaintiff's Original Petition.

III.

The district courts of the United States have original jurisdiction over actions pursuant to the 28 U.S.C. § 1331 and "all civil actions arising under…laws…of the United States." *See* 28

U.S.C. § 1331. "Title VII surely is a 'law of the United States.'" *See Arbaugh v. Y & H Corp.*, 546 U.S. 500, 504 (2006). Plaintiff only pleads a singular federal claim that IISD allegedly violated Title VII. *See* Pl's Pet. at 2. Specifically, Plaintiff pleads that IISD "discriminat[ed] against Plaintiff based on [his] race [regarding his employment with IISD]…including but not limited to discriminatory actions, retaliation, [and] loss of employment." *See id*. Plaintiff's Original Petition does not contain any other state or federal claims. *See generally id*. Moreover, Title VII itself provides for this Court's jurisdiction to hear actions brought under the Act. *See* 42 U.S.C. § 2000e-5(f)(3). Therefore, Plaintiff's action is entirely based on a federal question, Title VII expressly provides jurisdiction to this Court, and this action is appropriate to hear in the federal court system.

IV.

Removal of this action is proper under 28 U.S.C. § 1441 since it is a civil action brought in state court, and the federal district courts have original jurisdiction over the subject matter under 28 U.S.C. § 1331.

V.

Defendants will timely serve this Notice of Removal upon Plaintiff by registered electronic email and filing it with the state court.

WHEREFORE, the Irving Independent School District, Defendant in this action, pursuant to these statutes and in conformance with the requirements set forth in 28 U.S.C. § 1446, remove this action from the 68th Judicial District Court Dallas County, Texas, to this Court on this 11th day of April, 2025.

Respectfully submitted,

**EICHELBAUM WARDELL
HANSEN POWELL AND MUÑOZ, P.C.**

By:/s/ Dennis J. Eichelbaum
*Attorney-in-Charge*
Dennis J. Eichelbaum
Texas Bar No. 06491700
dje@edlaw.com

Andrea L. Mooney
Texas State Bar No. 24065449
alm@edlaw.com

Regan G. Wilkins
Texas Bar No. 24124587
rgw@edlaw.com

5801 Tennyson Parkway, Suite 360
Plano, Texas 75024
(Tel.) 972-377-7900
(Fax) 972-377-7277
*Attorneys for Defendant*

## Certificate of Service

The undersigned certifies that a true and correct copy of this pleading was served through the Court's electronic filing system and by registered electronic mail to Timothy Davis, 6106 E Lovers Ln., Dallas, TX 75214, timothydavisemail@gmail.com, on this 11th day of April, 2025.

/s/ Dennis J. Eichelbaum
Dennis J. Eichelbaum