IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TIMOTHY DAVIS, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | No. 3:25-CV-901-K-BW |
| | § | |
| IRVING INDEPENDENT SCHOOL DISTRICT, | § § | |
|     Defendant. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (*See* Dkt. No. 10.) No objections were filed. The District Judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Accordingly, Defendant's Motion to Dismiss (Dkt. No. 6) is GRANTED, and Plaintiff may, within 28 days of the date of this order, file an amended complaint. If Plaintiff fails to file an amended complaint within the period allowed, Plaintiff's claims will be dismissed with prejudice.

    SO ORDERED.

    Signed August 25th, 2025.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE