IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TIMOTHY DAVIS, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:25-CV-901-K-BW |
| | § | |
| IRVING INDEPENDENT SCHOOL | § | |
| DISTRICT, | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case.  No objections were filed.  The District Judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.  Accordingly, Defendant's Motion to Dismiss (Dkt. No. 13) is **GRANTED**, and Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 12(b)(6), for failure to state a claim upon which relief may be granted.

SO ORDERED.

Signed June 2nd, 2026.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE